IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PARRIS WATSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COMMUNITY PROPERTY | : | |
| MANAGEMENT, PHILADELPHIA CORP. | : | |
| ON AGING and PENN PRESBYTERIAN | : | |
| HOSPITAL | : | NO. 19-2918 |

# ORDER

**NOW**, this 6th day of August, 2019, upon consideration of plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Document No. 1) and the Complaint, it is **ORDERED** that:

1. Plaintiff's motion for leave to proceed *in forma pauperis* is **GRANTED**;

2. The Complaint is deemed filed; and

3. Pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), the Complaint is **DISMISSED**.

/s/ TIMOTHY J. SAVAGE J.